UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN DOBSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELDON VAIL, et al., <br><br> Defendants. | No. C10-5233 RBL/KLS <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation [Dkt. #60], and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) Plaintiffs' Request for Stay and Discovery (Dkt. 9) is **DENIED.**

3) Defendants' motion to dismiss (Dkt. 4) for failure to exhaust as to Plaintiffs Dobson, Hicks, Hotrum and Reynoso is **GRANTED** and the claims of these Plaintiffs are **DISMISSED WITHOUT PREJUDICE**.

4) Defendants' motion to dismiss (Dkt. 4) as to all claims for damages under RLUIPA and all class action claims is **GRANTED.**

5) Plaintiffs' motions to expedite hearing (Dkt. 10) and request for telephonic hearing (Dkt. 11) are **DENIED.**

6) Plaintiff's Objection [Dkt. #56] to the Magistrate Judge's Order Denying Reward [Dkt. #40] is **DENIED.**

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

7) This matter is re-referred to the Honorable Karen L. Strombom for further proceedings.

8) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

**DATED** this 30th day of July, 2010.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2