HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUSTIN DOBSON, et al,

          Plaintiffs,

    v.

ELDON VAIL, et al,

          Defendants.

Case No. C10-5233RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Objection [Dkt. #52] to the Magistrate Judge's Order Denying Plaintiff's Motion for Interim Counsel [Dkt. #39]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The Magistrate Judge correctly determined that plaintiff is not entitled to the appointment of interim counsel pursuant to Fed. R. Civ. P. 23(g)(3). Plaintiff's Objection [Dkt. #52] is therefore **DENIED.**

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 31st day of August, 2010.

                                        _____
                                        RONALD B. LEIGHTON
                                        UNITED STATES DISTRICT JUDGE