HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN DOBSON, et al,<br><br>        Plaintiff,<br><br>   v.<br><br>ELDON VAIL, et al,<br><br>        Defendant. | CASE NO. C10-5233RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled court upon Plaintiff's Objection [Dkt. #95] to Magistrate Judge Karen L. Strombom's Order Granting Defendants' Motion to Quash and Denying Plaintiff's Rule 19 Joinder Motion [Dkt. #94]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

This matter has been referred to Magistrate Judge Strombom pursuant to 28 U.S.C. § 636. Under Fed. R. Civ. P. 72(a), the non-dispositive order of the magistrate judge to whom the matter has been referred may be reviewed by the district judge upon the objection of a party.

Magistrate Judge Strombom correctly concluded that the notice of deposition directed at Eldon Vail should be quashed and correctly concluded that plaintiff's reliance on Fed. R. Civ. P. 19 was erroneous. Plaintiff's Objection [Dkt. #95] is **DENIED**

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 6th day of October, 2011.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE