UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN DOBSON, GEORGE T. HICKS, ROGER M. HOTRU, NATHAN REYNOSO, and GERALD LEE WHITEMAN,<br><br>                              Plaintiff,<br>     v.<br><br>ELDON VAIL, MAGGIE MILLER-STOUT, ROBERT HERZOG, KAY HEINRICH, JOHN/JANE DOE I WASHINGTON STATE DEPARTMENT OF CORRECTIONS, and TORRANCE STRATTON,<br><br>                              Defendants. | No. C10- 5233 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)   The Court adopts the Report and Recommendation.

(2)   Defendants' Motion for Summary Judgment (ECF No. 98) is **GRANTED;** Plaintiff's federal claims are **Dismissed with Prejudice;** Plaintiff's state claims are **Dismissed Without Prejudice.**

(3)   The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

**DATED** this 28th day of March, 2012.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1